UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>SOTERO MONTELLANO LOPEZ,<br><br>Debtor, | Case No. 25-cv-13364<br><br>Honorable Robert J. White |

**ORDER DISMISSING THE APPEAL FOR FAILURE TO PROSECUTE**

Sotero Montellano Lopez appeals from the bankruptcy court's October 14, 2025 order denying his motion to reopen his Chapter 7 bankruptcy proceeding. (ECF No. 1, PageID.4). He did not pay the filing fee.

On June 3, 2026, this Court issued a show cause order to Lopez as to why it should not dismiss the appeal for failure to prosecute as he still had not paid the filing fee. (ECF No. 4, PageID.197). The show cause order cautioned that "[f]ailure to respond may result in dismissal of the case." (*Id.*). And the order set June 17, 2026 as the deadline for Lopez to respond. He never did. Accordingly,

IT IS ORDERED that the appeal is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: September 3, 2026

s/ Robert J. White
Robert J. White
United States District Judge